### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALFRED TARTSAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-00713-PRW |
| | ) |
| MICHELLE KING,[1] Commissioner | ) |
| Of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 27, 2024, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Dkt. 12) in this action, in which he recommends that the Court affirm the Commissioner's decision. Judge Erwin advised Plaintiff Alfred Tartsah of his right to object to the Report and Recommendation by January 10, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Tartsah has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[2]

---

[1] Plaintiff's Complaint named Martin O'Malley, former Commissioner of the Social Security Administration, as the Defendant in this action. Pursuant to Fed. R. Civ. P. 25(d), the current Acting Commissioner of the Social Security Administration, Michelle King, is automatically substituted as the Defendant.

[2] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 12) in full and **AFFIRMS** the Commissioner's decision. Pursuant to 42 U.S.C. § 405(g), a judgment shall follow.

**IT IS SO ORDERED** this 5th day of February 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE